UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Demitrios Lymbertos                    Defendant(s).
----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

( )( )

Defendant _____Demetrios Lymbertos_____ hereby voluntarily consents to participate in the following proceeding via __X_ videoconferencing or _X__ teleconferencing:

___X   Initial Appearance Before a Judicial Officer

___    Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___    Bail/Detention Hearing

___X   Conference Before a Judicial Officer


/s/ Demterios Lymbertos
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Demetrios Lymbertos
Print Defendant's Name

/s/ Sanford Talkin
Defendant's Counsel's Signature

Sanford Talkin
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

__10/9/20_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge