**TALKIN, MUCCIGROSSO & ROBERTS, L.L.P.**
ATTORNEYS AT LAW
**40 EXCHANGE PLACE**
**18TH FLOOR**
**NEW YORK, NEW YORK 10005**

(212) 482-0007 PHONE
(212) 482-1303 FAX
WWW.TALKINLAW.COM
EMAIL: INFO@TALKINLAW.COM

**MARYLAND OFFICE:**
5100 DORSEY HALL DRIVE
SUITE 100
ELLICOTT CITY, MD 21042
410-964-0300

October 13, 2020

**NEW JERSEY OFFICE:**
79 MAIN STREET
SUITE ONE
HACKENSACK, NJ 07601
201-342-6665

Honorable Barbara Moses
United States Magistrate Judge
Southern District of New York
500 Pearl Street, 5th Floor
New York, New York 10007

BY ECF

> Application GRANTED. SO ORDERED.
>
> Barbara Moses
> U.S. Magistrate Judge
> October 13, 2020

Re: United States v. Dimitrios Lymberatos
20 Mag. 10814

Dear Judge Moses:

Defendant Demtrios Lymberatos ("Lymberatos") was released by this Court on a fully secured $200,000 Appearance Bond on October 9, 2020. During the bail application, the incorrect address for property that will be posted to secure the bond was provided to the Court. The correct address of the property to be posted is 170-36 Pidgeon Meadow Road, Fresh Meadows, New York, 11365. By this letter, Lymberatos respectfully requests that the Appearance Bond be amended to reflect that the securing property is located at 170-36 Pidgeon Meadow Road, Fresh Meadows, New York, 11365. The government, by Assistant United States Attorney Jacob Fiddelman, consents to this application.

I apologize for any inconvenience created by this error. Thank you for Your Honor's consideration of this request.

Very truly yours,

*Sanford Talkin*
Sanford Talkin

cc:   AUSA Jacob Fiddelman (By ECF)